| DISTRICT COURT OF THE 18TH JUDICIAL DISTRICT<br>COUNTY OF DOUGLAS, STATE OF COLORADO<br><br>Court Address:<br>4000 Justice Way, Suite 2009<br>Castle Rock, CO 80109<br><br>Phone Number: (720)437-6200 | DATE FILED: May 30, 2014 4:02 PM<br>FILING ID: 57E5EC5413978<br>CASE NUMBER: 2014CV30605 |
|---|---|
| Plaintiffs:<br><br>JOHN COX and TERRI FULLER,<br><br>v.<br><br>Defendant:<br><br>ALLSTATE INSURANCE COMPANY | ▲ Court Use Only ▲ |
| Attorney or Party Without Attorney<br>Brian Downing, # 46940<br>BACHUS & SCHANKER, L.L.C.<br>1899 Wynkoop Street, Suite 700<br>Denver, Colorado 80202<br>Attorneys for Plaintiff<br>**Phone Number: (303) 893-9800**<br>**Fax Number: (303) 893-9900**<br>**E-mail address:** brian.downing@coloradolaw.net | Case Number:<br><br>Courtroom: |
| **CIVIL COMPLAINT AND JURY DEMAND** | |

COMES NOW the Plaintiffs, John Cox and Terri Fuller, by and through their Attorneys of record, Bachus & Schanker, L.L.C., and for their Civil Complaint and Jury Demand against Defendant Allstate Insurance Company state and aver as follows:

## GENERAL ALLEGATIONS

1. At all time relevant to this action, Plaintiffs John Cox and Terri Fuller ("Plaintiffs") were and are residents of the State of Colorado.

2. At all time relevant to this action, Defendant Allstate Insurance Company ("Defendant") is an Illinois corporation doing business in Colorado.

3. Venue is proper in the District Court for Douglas County, pursuant to C.R.C.P. 98(c).

## FACTUAL ALLEGATIONS

EXHIBIT

tabbies

2

4. Plaintiffs incorporate herein by this reference the allegations contained in Paragraphs 1 through 3 of this Civil Complaint as if set forth *verbatim*.

5. Plaintiffs are property owners who own a home located at 5495 N. Lariat Drive, Castle Rock, CO 80108, Douglas County, State of Colorado.

6. On or about June 6, 2012, the Plaintiffs' property sustained damage as a result of a wind and hail storm.

7. At all times material this action, Plaintiffs' property was insured under the terms and conditions of policy number 0 20 219531 06/04 ("Policy"), issued by Defendant Allstate Insurance Company.

8. The Policy was in force and effect on or about June 6, 2012, and provided coverage for property damage caused by wind and hail storms.

9. Plaintiffs made a claim for homeowner's insurance benefits pursuant to the Policy with Defendant due to the wind and hail damage Plaintiffs' home sustained in the storm.

10. At all times material to this action, Plaintiffs' complied with the terms and conditions of the Policy.

11. Defendant unreasonably withheld and denied benefits due and owing to the Plaintiffs.

12. The acts and omissions of Defendant and/or its agents and/or its employees in the investigation, evaluation, and payment of Plaintiffs' claim were unreasonable and constituted a breach of contract for which damages are hereby sought.

**FIRST CLAIM FOR RELIEF**
**Unreasonable Delay/Denial of a Claim for Benefits Pursuant to C.R.S. §§10-1-1115 and 10-1-1116**

13. Plaintiffs incorporate herein by this reference the allegations contained in Paragraphs 1 through 10 of this Civil Complaint as if set forth *verbatim*.

14. Defendant's denial and/or delay of benefits under the Policy was unreasonable in violation of C.R.S. §10-1-1115 and §10-1-1116.

15. Pursuant to C.R.S. §10-1-1116, Plaintiffs are entitled to recover attorney's fees and costs and twice the covered benefit from Defendant for the unreasonable delay and denial of Plaintiffs' claim for benefits from the Policy.

**SECOND CLAIM FOR RELIEF**
**Bad Faith Breach of Insurance Contract**

16. Plaintiffs incorporate herein by this reference the allegations contained in Paragraphs 1 through 14 of this Civil Complaint as if set forth *verbatim*.
17. Defendant's failure to conduct a proper investigation, failure to properly evaluate the damage to Plaintiffs' home, and failure to provide the benefit due and owed to Plaintiffs was unreasonable.
18. Defendant's failures mentioned above were undertaken with intentional and/or reckless disregard of the reasonability of its position, for which Plaintiffs seek punitive damages.

**JURY REQUEST**

Trial to a jury of six (6) is requested on all issues so triable.

WHEREFORE Plaintiffs pray for Judgment against Defendant in an amount to be determined by a trier of fact for their losses, as set forth above, special damages, double damages, punitive damages, and for costs, expert witness fees, attorneys' fees, filing fees, pre-judgment and post-judgment interest, and such other further relief as the Court may deem appropriate, just and proper.

**RESPECTFULLY SUBMITTED**, this 30th day of May, 2014.

BACHUS & SCHANKER, L.L.C.

*/s /Brian Downing*
Brian Downing

Plaintiffs' Address:
5495 N. Lariat Drive
Castle Rock, CO 80108